958 A.2d 464

IN THE MATTER OF JOHN P. MORRIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 007261974).

October 17, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–067, concluding that **JOHN P. MORRIS** of **BRIDGETON,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.7(a)(2) (concurrent conflict of interest);

And the Court having determined that from its review of the matter that an admonition is the appropriate quantum of discipline;

And good cause appearing;

It is ORDERED that **JOHN P. MORRIS** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.